## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| **DANIEL PETERS,** | ) | **CASE NO. 7:14CV00598** |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **FINAL ORDER** |
| | ) | |
| | ) | |
| **HAROLD W. CLARKE, ET AL.,** | ) | **By: Norman K. Moon** |
| | ) | **United States District Judge** |
| **Defendant(s).** | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

### ADJUDGED AND ORDERED

as follows:

1. Defendants' motion for summary judgment (docket no. 20) is **GRANTED** as to plaintiff's claims under 42 U.S.C. § 1983;

2. Plaintiff's claims against the John Doe defendants and any claims under state law are **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1367(c) and 1915A(b)(1); and

3. The clerk **SHALL** strike the case from the active docket of the court.

**ENTER**: This 26<u>th</u> day of August, 2015.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE